2

Ryan D. Griffin (SBN #236208)
The Griffin Law Firm
2322 Butano Drive, Suite 202
Sacramento, CA 95825
Tel: (916) 418-1032
Fax: (916) 418-1044
e-mail: ryan@thegriffinlawfirm.com

Attorney for Debtor Satian Phongpitag

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISCTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SATIAN PHONGPITAG,<br><br>Debtor. | Case No. 09-22258<br>DC No: RDG-1<br><br>Chapter 7<br><br>**NOTICE OF MOTION<br>TO AVOID LIEN**<br><br>Date: January 27, 2014<br>Time: 10:00 A.M.<br>Place: Courtroom 28<br>U.S. Bankruptcy Court<br>501 "I" Street, 7th Floor<br>Sacramento, CA 95814<br>Judge: Hon. Michael S. McManus |

NOTICE IS NOW GIVEN that Debtor SATIAN PHONGPITAG by and through his attorney-of-record RYAN D. GRIFFIN of THE GRIFFIN LAW FIRM will move this court for an order canceling and avoiding a judicial lien on the Debtor's real property.

The Debtor will seek to avoid the lien of Creditor NATIONAL CREDIT ACCEPTANCE in accordance with 11 U.S.C. 522(f). The Debtor believes, based on information and belief that any interest in this judicial lien was assigned to SACOR FINANCIAL, INC. and notice is provided to this alleged lien-holder as well.

//

//

This motion has been set for hearing on January 27, 2014, at 10:00 A.M. in Courtroom 28 of the Eastern District United States Bankruptcy Court, located at 501 "I" Street, 7th Floor, Sacramento, CA 95814.

No party-in-interest is required to file written opposition to a motion when fewer than 28 days' notice of a hearing is provided. Opposition may be presented at the hearing. Should opposition be presented at the hearing, the Court may continue the hearing to permit the filing of evidence and briefs. ( Local Rule 9014-1(f)(2)(C) )

DATED: January 4, 2014                                Submitted Respectfully,

/s/ Ryan D. Griffin
RYAN D. GRIFFIN
Attorney for Debtor